No. 79–274. MOYE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sandstrom* v. *Montana,* 442 U. S. 510 (1979).

No. A–219. PROVENZANO *v.* UNITED STATES. C. A. 3d Cir. Application for bail pending appeal, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–231. HUDSON *v.* PARKS & WILDLIFE DEPARTMENT OF TEXAS ET AL. C. A. 5th Cir. Application for an injunction pending appeal, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–242 (79–300). INSPIRATION ENTERPRISES, INC., ET AL. *v.* INLAND CREDIT CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–277. NATIONAL RAILROAD PASSENGER CORP. *v.* HALL, MEMBER OF CONGRESS, ET AL. C. A. D. C. Cir. Motion to vacate stay granted by THE CHIEF JUSTICE on September 30, 1979, denied.

No. D–162. IN RE DISBARMENT OF TURNER. Disbarment entered. [For earlier order herein, see 441 U. S. 919.]

No. D–164. IN RE DISBARMENT OF MACURDY. Disbarment entered. [For earlier order herein, see 441 U. S. 920.]

No. D–165. IN RE DISBARMENT OF ROTHBART. Disbarment entered. [For earlier order herein, see 441 U. S. 920.]